No. 64960.—J. Einstein, Inc., et al. *v.* United States, protests 249228–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon fabrics similar in all material respects to those the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.